**IT IS ORDERED as set forth below:**

**Date: October 15, 2018**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| JAMES D. CUNNINGHAM, | CASE NO. 18-59411-BEM |
| Debtor. | |
| | CHAPTER 13 |
| JAMES D. CUNNINGHAM, | |
| Plaintiff, | |
| v. | ADVERSARY PROCEEDING NO. 18-05223-BEM |
| NAJARIAN CAPITAL, LLC, | |
| Defendant. | |

### O R D E R OF REMAND

This adversary proceeding is before the Court on the Notice of Removal Pursuant

to 28 U.S.C. § 1452 (the "Notice") filed on September 17, 2018 [Doc. No. 1]. Through the

Notice, Plaintiff seeks to remove a dispossessory proceeding ("Dispossessory Proceeding") filed

on August 27, 2018, to this Court.

On August 22, 2018, this Court entered an order ("Validation Order") in Debtor's chapter 13 case granting Freedom Mortgage Company's *Amended Motion to Validate Foreclosure Sale* (the "Motion to Validate"). In the Validation Order, the Court determined that the real property located at 4313 Executive Drive, Stone Mountain, GA 30083 (the "Property") is not property of the bankruptcy estate and that Plaintiff held a mere possessory interest in the Property. [Case No. 18-59411-bem; Doc. No. 38]. By the Motion to Validate movant sought clarification that the automatic stay did not apply to the foreclosure sale on the Property conducted June 5, 2018. The Court so concluded.

Plaintiff field a Motion to Amend Judgment with respect to the Validation Order which was denied by order entered October 12, 2018. [Case No. 18-59411-bem; Doc. 50]. The Property is not property of the bankruptcy estate and Debtor's chapter 13 case was voluntarily dismissed on August 27, 2018 [Case No. 18-59411-bem; Doc. 40]. Thus, even assuming this Court has jurisdiction[1] to consider a dispossessory action, there is no bankruptcy purpose that can be served through this proceeding. Accordingly, the Court finds that it is appropriate to remand this proceeding to the Magistrate Court Of DeKalb County, Georgia and it is now hereby

ORDERED that, this proceeding is remanded to the Magistrate Court of DeKalb County, Georgia. It is further

ORDERED that, the Clerk is directed to close this proceeding.

**END OF ORDER**

---

[1] The Court makes no determination as to jurisdiction in this proceeding.

**<u>Distribution List</u>**

James Daniel Cunningham
4313 Executive Dr
Stone Mountain, GA 30083

Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

Joshua G. Crowe
48 Northlake Drive
Hartwell, GA 30643

John Turner
5023 Cagle Mill R.
Lula, GA 30554-2727

Oksana Sepich
Najarian Capital, LLC
6065 Roswell Rd., Ste 880
Atlanta, GA 30328